IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WITRICITY CORPORATION<br>Plaintiff,<br>v.<br>INDUCTEV, INC. (f/k/a MOMENTUM DYNAMICS CORPORATION)<br>Defendant. | CIVIL ACTION NO.  23-1099 |

## ORDER

**AND NOW,** this 28th day of March 2024, upon consideration of Defendant InductEV's Motion to Transfer [Doc. No. 12] and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the Clerk of Court shall **TRANSFER** this matter to the Clerk of Court for the District of Delaware and to **CLOSE** this matter in the Eastern District of Pennsylvania.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**