# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WITRICITY CORPORATION,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | NO. 24-406 |
| **INDUCTEV, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 15th day of April, 2024, it is hereby **ORDERED** that the Status Conference in the above-captioned case scheduled for Wednesday, April 17, 2024 at 10:00 a.m. is **CANCELLED.**

                            **BY THE COURT:**

                            */s/ Mitchell S. Goldberg*
                            **MITCHELL S. GOLDBERG, J.**